■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUDOLPH EADY, Appellant.—Judgment unanimously affirmed. Memorandum: The court's instruction that the jury should consider the defense of justification with respect to each count was sufficient *(see, People v Hoy,* 122 AD2d 618; *People v Huntley,* 87 AD2d 488, 493-494, *affd* 59 NY2d 868).

We have examined defendant's remaining arguments on appeal and find them to be without merit. (Appeal from judgment of Monroe County Court, Celli, J.—assault, second degree.) Present—Dillon, P. J., Callahan, Green, Pine and Davis, JJ.